IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MONICEN PINNOCK,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 20-CV-6316** |
| | : | |
| **DARREN KEYS,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 13th day of January, 2021, upon consideration of Plaintiff Monicen Pinnock's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and her *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction as stated in the accompanying Memorandum.

4. Pinnock may file an amended complaint within thirty (30) days of the date of this Order in the event she can state a basis for the Court's jurisdiction over her state law claims. Any amended complaint must clearly state the basis for the Court's jurisdiction. Alternatively, Pinnock may seek to file her claims in state court, where federal jurisdiction will not be an issue, rather than returning to this Court with an amended complaint. Upon the filing of an amended complaint, the Clerk of Court shall not make service until so **ORDERED**.

5. The Clerk of Court shall **SEND** Pinnock a blank copy of the Court's form complaint to be used by a *pro se* plaintiff filing a civil action in this Court bearing the above civil action number. Pinnock may use this form to file an amended complaint if she chooses to do so.

6. If Pinnock fails to file an amended complaint, this case may be dismissed for failure to prosecute without further notice.

**BY THE COURT:**

\_\_\_\_\_**/s/ John R. Padova**_____
**JOHN R. PADOVA, J.**