IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MONICEN PINNOCK | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| USAA INSURANCE | : | NO. 20-6316 |

## ORDER

**AND NOW**, this 2nd day of June, 2021, upon consideration of Plaintiff's pro se "Motion for Clarification" (Docket No. 11), "Motion for Leave to Amend Complaint/Caption" (Docket No. 12), and "Motion for Leave to Submit and Amend Exhibits and to Take Judicial Notice" (Docket No. 16), as well as Defendant's Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) (Docket No. 13), and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's "Motion for Clarification" is **DISMISSED AS MOOT**.

2. Plaintiff's "Motion for Leave to Amend Complaint/Caption" is **DENIED** without prejudice.

3. Plaintiff's "Motion for Leave to Submit and Amend Exhibits and to Take Judicial Notice" is **DENIED** without prejudice.

4. Defendant's Motion to Dismiss pursuant to Rule 12(b)(1) is **GRANTED** without prejudice.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.